# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| TONYA BROWNE,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br>and<br>SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br>  Defendant. | Civil Action No. TDC-16-0222 |

## ORDER

On August 19, 2016, the parties filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 24.  The Court having reviewed the Stipulation, it is hereby ORDERED that this action is dismissed with prejudice.

The Clerk is directed to close this case.


Date:  August 24, 2016                                  /s/
                                                THEODORE D. CHUANG
                                                United States District Judge